**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CIVIL ACTION NUMBER: 3:18-CV-00077-JHM**

**W. DOUGLAS GLASS**                                                                 **PLAINTIFF**

**vs.**

**FORD MOTOR COMPANY ET AL**                                               **DEFENDANT**

## NOTICE

Notice is hereby given that on FEBRUARY 6, 2018 the instant action was removed from the Jefferson Circuit Court (15-CI-04069) and filed in the Western District of Kentucky, Louisville Division and assigned Civil Action Number 3:18-CV-00077-JHM

This 6th day of FEBRUARY 2018.

                                            VANESSA L. ARMSTRONG, CLERK
                                            United States District Court
                                            601 W. Broadway, Room 106
                                            Gene Snyder, United States Courthouse
                                            Louisville, KY 40202
                              By:     /s/Daniel Tierney
                                            Daniel Tierney, Deputy Clerk

Copies to:    Counsel of record
                    Jefferson Circuit Court Clerk