**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:18-CV-77-RGJ-CHL**

**W. DOUGLAS GLASS,**                                                        **Plaintiff,**

**v.**

**FORD MOTOR COMPANY, et al.,**                             **Defendants.**

## **ORDER**

The undersigned held an in-person status conference in this matter on July 24, 2019.  The proceedings were digitally recorded.  Participating were the following:

    FOR PLAINTIFF:         W. Douglas Glass; Kenneth L. Sales

    FOR DEFENDANTS:      R. Thad Keal; Gregory T. Burns; John W. Woodard, Jr.; Robert H. Akers

Plaintiff, W. Douglas Glass ("Glass") appeared with his counsel, Kenneth L. Sales ("Sales").  Glass apologized for not attending the previous status conference and advised that there was a communication issue that kept him from being present.  Sales then stated that after talking the matter over with Glass, Glass had decided to voluntarily dismiss this action.  Glass confirmed his agreement to the same on the record.  The Defendants indicated that any dismissal of this matter should be with prejudice, and both Sales and Glass agreed.

Accordingly,

IT IS ORDERED that the Parties shall file an agreed order of dismissal on or before **July 31, 2019**.

July 24, 2019

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
:20