UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| W. DOUGLASS GLASS, INDIVIDUALLY and as EXECUTOR OF THE ESTATE OF WILLIAM C. GLASS<br><br>PLAINTIFF<br><br>v.<br><br>FORD MOTOR COMPANY, *et al.*<br><br>DEFENDANTS. | Case No. 3:18-cv-00077-RGJ-CHL |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties having agreed that this matter be dismissed, with prejudice, on the record during the status hearing on July 24, 2019 before Magistrate Judge Colin H. Lindsay, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED and ADJUDGED that this matter be, and it hereby is, DISMISSED, WITH PREJUDICE. Each party is to bear its own costs and fees.

August 16, 2019

Rebecca Grady Jennings, District Judge
United States District Court

/s/R.ThadKeal
R. Thad Keal
G. Trenton Burns
TURNER, KEAL & BUTTON PLLC
10624 Meeting Street, Suite 101
Prospect, KY 40059
Phone: (502) 426-5110
E-mail: tkeal@turnerkeal.com
E-mail: tburns@turnerkeal.com
*Counsel for Defendant,*
*Ford Motor Company*

/s/Kenneth L. Sales (per agreement in open court on 7/24/2019 as reflected in Doc. No. 56)
Kenneth L. Sales
Sales Law Office
9300 Shelbyville Road, Suite 205
Louisville, KY 40222
ks@saleslawoffice.com
*Counsel for Plaintiff*

/s/ John W. Woodard (with permission)
John W. Woodard
Donald J. Kelly
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2600
Louisville, KY 40202
jwoodard@wyattfirm.com
dkelly@wyattfirm.com
*Counsel for Defendant, E. I. du Pont de Nemours & Co.*

/s/ Timothy C. Ammer (with permission)
Timothy C. Ammer
Matthew E. Stubbs
John D. Wagner
Montgomery, Rennie & Johnson
36 East Seventh Street, Suite 2100
Cincinnati, OH 45202-4413
tammer@mrjlaw.com
mstubbs@mrjlaw.com
jwagner@mrjlaw.com
*Counsel for Defendant,*
*Navistar International Corp.*

/s/ Robert H. Akers (with permission)
Robert H. Akers
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
rakers@tcspllc.com
*Counsel for Defendant, 3M Company*